Opinion issued May 21, 2015



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00079-CV

———————————

**GLORIA FELDER, Appellant**

**V.**

**WOODLEN GLEN APARTMENTS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1056604**

---

## MEMORANDUM OPINION

The parties, representing that they have reached a mutual settlement agreement, have filed an agreed motion to dismiss requesting that we vacate the

trial court's judgment and dismiss the lawsuit. *See* TEX. R. APP. P. 42.1(a)(2)(A).

No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the parties' motion, vacate the trial court's judgment, and dismiss the case. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(c); s*ee Jester Venture Ltd. v. Nash*, No. 01–06–00512–CV, 2006 WL 2042358, at \*1 (Tex. App.—Houston [1st Dist.] July 17, 2006, no pet.) (mem. op.) (vacating trial court's judgment and dismissing case on parties' agreed motion). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.

2